IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| HAROLD BENSON | : | No. 07-cr-599 |

**ORDER**

AND NOW, this 4th day of April, 2022, upon consideration of Mr. Benson's § 2255 Motion to Correct a Sentence (Doc. No. 75), and the Government's response in opposition (Doc. No. 79), it is **ORDERED** that the Motion (Doc. No. 75) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE